UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTOR FEIMSTER, o/b/o
THADDEUS J. FEIMSTER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No. 06-11128
Hon. Marianne O. Battani

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

    Plaintiff Victor Feimster brings this action on behalf of his minor child, Thaddeus J. Feimster, to challenge the final decision of the Commissioner denying claimant's application for Supplemental Security Income childhood disability benefits. The case was referred to Magistrate Judge Donald A. Scheer pursuant to 28 U.S.C. § 636(b)(1). Both parties filed dispositive motions, and in a Report and Recommendation ("R&R") dated November 14, 2006, Magistrate Judge Scheer recommended that Plaintiff's Motion for Summary Judgment be denied and that Defendant's Motion for Summary Judgment be granted.

    In the Report and Recommendation, the Magistrate Judge informed the parties that objections to the R&R needed to be filed "within ten (10) days of service" and that a party's failure to file objections would waive any further right of appeal. Neither party filed an objection.

    Because no objection has been filed in this case, the parties waived their right to *de*

1

*novo* review and appeal.  Accordingly, the Court **ADOPTS** the Magistrate Judge's recommendation and **AFFIRMS** the denial of benefits to Plaintiff.  Defendant's Motion for Summary Judgment is **GRANTED**, and Plaintiff's Motion for Summary Judgment is **DENIED**.

    **IT IS SO ORDERED.**


                                    s/Marianne O. Battani
                                    MARIANNE O. BATTANI
                                    UNITED STATES DISTRICT JUDGE


DATE: December 12, 2006


**CERTIFICATE OF SERVICE**

A copy of this Order were e-filed and/or mailed to counsel of record on this date.


                                    s/Bernadette M. Thebolt
                                      Deputy Clerk